# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 — REV. 1/90

| | |
|---|---|
| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
| IN THE CASE OF | Van Orman vs. McCarthy, Waickowski and Johnson — U.S.D.C. Rm 502 |
| PERSON REPRESENTED | Albert Scott Van Orman |
| CHARGE/OFFENSE | Assault and Battery of a Police Officer, Resisting Arrest, Disorderly Person — ☒ Misdemeanor |

Checked:
- 6 ☒ Habeas Petitioner
- 9 ☒ Other (Specify) 42 USC §§ 1983

**LOCATION NUMBER:** (blank)

**DOCKET NUMBERS:**
- Magistrate: (blank)
- District Court: (blank)
- Court of Appeals: (blank)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ No
- IF NO, give month and year of last employment: (blank)

**OTHER INCOME**
- Received: $1,631/mo
- Sources: Social Security DS Insurance (not received during incarceration)

**CASH**
- Have you any cash on hand or money in savings or checking account? ☒ No

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? ☒ Yes
- VALUE: $500.00 — DESCRIPTION: 1982 Pontiac Grand Am

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- Marital Status: ☒ Widowed
- Total No. of Dependents: 3
- Persons supported:
  - Peter Van Orman, Son
  - Linsey Van Orman, Daughter
  - Daniel Van Orman, Son

**DEBTS & MONTHLY BILLS**

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| US Bank (Apartment or Home) | $9700.00 | $300 |
| Fleet Bank | $400.00 | $90 |
| Mobil | $200.00 | $40 |
| Apartment — Currently Incarcerated | $20,000.00 — in collection | — |

SIGNATURE OF DEFENDANT: Albert S. Van Orman   5/21/04

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.