May 26, 2004

U.S. District Court
Donohue Federal Bldg
595 Main St - Rm 502
Worcester, Ma   01608

04-40093

To whom it may concern:

Good morning! I have sent under separate cover an application for a habeus corpus and a civil rights complaint. Attached is an equivalent of a funds account here at Worcester County Jail. I would like to attach this copy to my other paperwork. Thank you

Sincerely yours,
Albert S. V. O.
Albert S. VanOrman

# Office of the Sheriff - Worcester County

AKA _____

Reg. No. _____ DOB _/_/_

SS No. _____

## Canteen Account

Name  Vanaman, Albert

| | DATE | PAID IN | | PAID OUT | | BAL. |
|---|---|---|---|---|---|---|
| Bal 3/6/03 | 3.9.04 | 634 | 42 | | | 634.42 |
| | C 3-11-04 | | | 16 | 25 | 618.17 |
| | C 3/15/04 | | | 16 | 07 | 602.10 |
| | C 3.18.04 | | | 13 | 36 | 588.74 |
| | C 3.22.04 | | | 15 | 07 | 573.67 |
| | C 3-25-04 | | | 15 | 44 | 558.23 |
| Ck# 10264 Court | 3.30.04 | | | 558 | 23 | 0 |
| 3-11  377990 | 3-31-04 | 558 | 23 | | | 558.23 |
| | C 4.8.04 | | | 30 | 44 | 527.79 |
| | C 4-15-04 | | | 14 | 22 | 513.57 |
| | C 4.22.04 | | | 7 | 64 | 505.93 |
| | C 4.29.04 | | | 11 | 91 | 494.02 |
| | C 5.6.04 | | | 13 | 87 | 480.15 |
| | C 5/13/04 | | | 18 | 71 | 461.44 |
| | C 5.20.04 | | | 3 | 82 | 457.62 |