June 24, 2004

To: Clerk of the Court

Re: Civil Action No. 04-40093-NMG

FILED
CLERK'S OFFICE
2004 JUN 28 P 12: 58
US DISTRICT COURT
DISTRICT OF MASS

Good morning! As you may see, I have completed my sentence issued by the Westborough District Court. I am residing with family for a few days, but will still pursue the above Civil Action. Attached herein is the required filing fee. Thank you. I may be reached @ 315-364-8303 or by mail

1626 State Route 34B
King Ferry, New York 13081