UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT S. VAN ORMAN,<br>        Petitioner,<br><br>v.<br><br>JOHN M. FLYNN,<br>        Respondent. | Civil Action No. 04-40093-NMG |

### RESPONDENT'S MOTION TO EXTEND TIME
### TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS

The respondent, by and through his counsel, the Attorney General of the Commonwealth of Massachusetts, hereby requests that the Court extend the time within which he must respond to the Petition for Writ of Habeas Corpus that is the subject of the captioned action. The respondent's answer or other responsive pleadings presently is due on or before July 20, 2004. By this motion, the respondent requests an extension to and including August 20, 2004.

1. The records relating to the petitioner's underlying state-court convictions are maintained by the Office of the District Attorney for Worcester County (the "Worcester District Attorney").

2. Upon receipt of this Court's order, the undersigned assistant attorney general promptly made a request to the Worcester District Court for production of the docket sheet containing the record of post-conviction proceedings. The undersigned assistant attorney general also made a request to the Worcester District Attorney for assembly and production of the underlying court record, including, but not limited to, copies of post-conviction hearings. The undersigned has not yet received the court records.

3. Without the relevant records, the respondent cannot meaningfully evaluate

whether the petition is timely filed in accordance with 28 U.S.C. § 2244(d).

4. The extension sought herein will enable the respondent to compile and evaluate all of the relevant records, and, thereby, be in a position to meaningfully respond to the petition.

**WHEREFORE,** the present motion should be allowed and an order should enter allowing the respondent up to and including August 20, 2004 to answer or otherwise respond to the petition.

Respectfully submitted,

Dated: July 22, 2004

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Natalie M. Monroe
Natalie S. Monroe (BBO #562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200. x2833

### Certificate of Compliance with Local Rule 7.1(A)(2)

I, Natalie S. Monroe, hereby certify that I have been unable to confer with the petitioner, who is incarcerated at the Worcester County House of Correction and Jail and is not free to accept or make telephone calls during normal business hours. It is believed, in any event, that the petitioner would not voluntarily assent to any portion of the subject motion.

/s/ Natalie S. Monroe
Natalie S. Monroe


## Certificate of Service

I hereby certify that on July 22, 2004, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon the *pro se* petitioner, Albert S. Van Orman, Worcester County House of Correction and Jail, 5 Paul X. Tivnan Drive, West Boylston, MA 01583.

_____
Natalie S. Monroe