## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT S. VAN ORMAN,<br>                    Petitioner,<br><br>v.<br><br>JOHN M. FLYNN,<br>                    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 04-40093-NMG

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for the respondent, John M. Flynn.

Respectfully submitted.

THOMAS F. REILLY
ATTORNEY GENERAL

Natalie S. Monroe (BBO #562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2833

Dated: July 22, 2004

### Certificate of Service

I, Natalie S. Monroe, hereby certify that, on July 22, 2004, I caused to be served a true and correct copy of the foregoing document by mailing a copy of the same by first-class mail, postage prepaid, and addressed to the *pro se* petitioner, Albert S. Van Orman, Worcester County House of Correction and Jail, 5 Paul X. Tivnan Drive, West Boylston, MA 01583.

Natalie S. Monroe