

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United Stated District Court
1 Courthouse Way, Suite 2000
Boston, MA  02210

04- 40093 NMG