UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT S. VAN ORMAN,<br>      Petitioner,<br><br>v.<br><br>JOHN M. FLYNN,<br>      Respondent. | Civil Action No. 04-40093-FDS |

### RESPONDENT'S MOTION TO DISMISS
### PETITION FOR A WRIT OF HABEAS CORPUS AS TIME-BARRED

The respondent, John M. Flynn, hereby respectfully requests that the Court dismiss the petition for a writ of habeas corpus filed by the petitioner, Albert Van Orman. The petition must be dismissed as time-barred under 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions. Because Van Orman's conviction became final on December 4, 2001, Van Orman had to file his federal habeas petition no later than December 4, 2002. However, the petition was not filed in this Court until May 28, 2004, more than seventeen months too late. Accordingly, the petition must be dismissed as time-barred.[1]

In support of this motion, the respondent relies on the accompanying memorandum of law.

---

[1] Because the petition is time-barred, the respondent has not answered the petition or addressed any additional affirmative defenses. Should this Court rule that the petition is not time-barred, the respondent respectfully requests thirty days from the date of receipt of this Court's order to answer the petition or file a supplemental memorandum which addresses the respondent's additional affirmative defenses. For example, because Van Orman never challenged the legality of his guilty plea in the Massachusetts Appeals Court or Supreme Judicial Court, his habeas petition is unexhausted.

**WHEREFORE**, the respondent respectfully requests that the Court dismiss the petition for a writ of habeas corpus with prejudice.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Dated: August 20, 2004

*/s/ Natalie S. Monroe*
Natalie S. Monroe (BBO #562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2833

### Certificate of Service

I, Natalie S. Monroe, hereby certify that, on August 20, 2004, I caused to be served a true and correct copy of the foregoing document by mailing a copy of the same by first-class mail, postage prepaid, and addressed to the *pro se* petitioner, Albert S. Van Orman, 1626 State Route 34B, King Ferry, New York 13081.

*/s/ Natalie S. Monroe*
Natalie S. Monroe