UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Albert Van Orman,
        Petitioner,

V.

John Flynn,
        Respondent,

CIVIL ACTION

NO. 04-40093-FDS

ORDER OF DISMISSAL

Saylor, D.J.

    In accordance with the Court's Memorandum and Order dated   1/21/05   summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

    1/25/05
    Date

/s/ Martin Castles
Deputy Clerk

(2254dism.ord - 09/92)　　　　　　　　　　　　　　　　　　　　　　　[odism.]